### 14043.   BUFFORD v. THE STATE.

BLOODWORTH, J.   The motion for a new trial contains no special grounds; there is evidence to support the verdict, which has the approval of the judge who tried the case, and the finding of the jury will not be disturbed.   *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 10, 1923.

Indictment for abandonment of child; from Taliaferro superior court — Judge Shurley.   October 14, 1922.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

### 14055.   HILL v. THE STATE.

BLOODWORTH, J.   There is nothing in any of the special grounds of the motion for a new trial that would require the grant of a new trial; there is some evidence to support the finding of the jury; the verdict is approved by the trial judge, and the judgment must be
*Affirmed.   Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 10, 1923.